# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| BRIDGET B. DAVIS, TRUSTEE OF JARED A. DAVIS IRREVOCABLE DYNASTY TRUST,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FIRST FINANCIAL BANK,<br><br>　　　　Defendant. | CAUSE NO.: 2:24-CV-350-TLS-JEM |

## ORDER

In the Court's Opinion and Order of June 20, 2025 [ECF No. 19], the Court granted in part the Defendant's Motion to Dismiss [ECF No. 8], dismissed the Amended Complaint [ECF No. 3] without prejudice, and granted the Plaintiff up to and including July 7, 2025, to file a second amended complaint. The Court has allowed the Plaintiff sufficient time, and the Plaintiff has not responded.

Therefore, the Court DIRECTS the Clerk of Court to close this case.

SO ORDERED on August 11, 2025.

　　　　　　　　　　　　　　　　　　　s/ Theresa L. Springmann  
　　　　　　　　　　　　　　　　　　　JUDGE THERESA L. SPRINGMANN  
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT