# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

BRIDGET B. DAVIS
*Trustee of on behalf of*
Jared A Davis Irrevocable Dynasty Trust

          Plaintiff

  v.

                                                                 Civil Action No.  2:24-cv-350

FIRST FINANCIAL BANK

          Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

  ___ the plaintiff_____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

  ___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

  _X_ Other:  The Plaintiff Bridget B Davis' Complaint is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

  ___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

  ___ tried by Judge _____ without a jury and the above decision was reached.

  _X_ decided by Judge Theresa L Springmann.

DATE: 8/12/2025                                    CHANDA J. BERTA, CLERK OF COURT

                                                                   by   s/A. Highlen_____
                                                                     *Signature of Clerk or Deputy Clerk*